**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JEFFREY HENSON**                                                                     **PLAINTIFF**

**v.**                                        **CASE NO: 3:20CV00201-JM**

**STATE OF ARKANSAS,** *et al*.                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 22nd day of September, 2020.

_____
DISTRICT JUDGE JAY MOODY JR.